No. 23-1811

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

DEERE & COMPANY,
*Plaintiff-Appellant*,

v.

AGCO CORP. AND PRECISION PLANTING, INC.,
*Defendants-Appellees*.

**APPELLANT'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant Deere & Company respectfully requests a 60-day extension of time, to and including August 25, 2023, to file its opening brief. The current deadline is June 26, 2023, which has not been extended. Deere has discussed this motion with all parties and it is unopposed.

The requested extension is necessary in light of Deere's counsel's obligations that overlap with the time to prepare the opening brief, which include the following: **(1)** response brief filed May 8, 2023 in *SharkNinja Operating LLC v. iRobot*, Fed. Cir. No. 23-1151; **(2)** oral argument June 6, 2023, in *Nessel v. Eli Lilly & Co.*, Mich. Ct. App. No. 362272; **(3)** reply brief due June 21, 2023, in *Motorola Solutions, Inc. v. Hytera Communications Corp.*, 7th Cir. No. 22-2370; **(4)** reply brief due June 26, 2023, in

1

*Omnitracs, LLC v. Platform Science, Inc.*, Fed. Cir. No. 22-2108; and **(5)** response brief due June 28, 2023, in *DexCom, Inc. v. Abbott Diabetes Care, Inc.*, Fed. Cir. No. 23-1795 (where the court has partially granted a motion to expedite and ordered that no extensions will be granted).

## CONCLUSION

For the foregoing reasons, Deere respectfully requests a 60-day extension of time, to and including August 25, 2023, to file its opening brief. Per Fed. Cir. R. 26(b)(3), a declaration is attached.

June 9, 2023   Respectfully submitted,

*/s/ William H. Burgess*
John C. O'Quinn
Nathan S. Mammen
William H. Burgess
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, DC 20004
(202) 389-5000

## **DECLARATION IN SUPPORT OF MOTION FOR EXTENSION**

I am counsel for Appellant Deere & Company and have entered an appearance. This motion has been discussed with all parties and is unopposed.

There is good cause to grant the extension, in light of Deere's counsel's obligations that overlap with the time to prepare the opening brief, which include the following: **(1)** response brief filed May 8, 2023 in *SharkNinja Operating LLC v. iRobot*, Fed. Cir. No. 23-1151; **(2)** oral argument June 6, 2023, in *Nessel v. Eli Lilly & Co.*, Mich. Ct. App. No. 362272; **(3)** reply brief due June 21, 2023, in *Motorola Solutions, Inc. v. Hytera Commc'ns Corp.*, 7th Cir. No. 22-2370; **(4)** reply brief due June 26, 2023, in *Omnitracs, LLC v. Platform Sci., Inc.*, Fed. Cir. No. 22-2108; and **(5)** response brief due June 28, 2023, in *DexCom, Inc. v. Abbott Diabetes Care Inc.*, Fed. Cir. No. 23-1795 (where the court partially granted a motion to expedite and ordered that no extensions will be granted).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    */s/ William H. Burgess*
    *Counsel for Appellant Deere & Company*

# CERTIFICATE OF INTEREST

1. **Represented Entities (Fed. Cir. R. 47.4(a)(1)):**
   Deere & Company

2. **Real Party in Interest (Fed. Cir. R. 47.4(a)(2)):** N/A

3. **Parent Corporations and Stockholders (Fed. Cir. R. 47.4(a)(3)):** N/A

4. **Legal Representatives (Fed. Cir. R. 47.4(a)(4)):**

   <u>Covington & Burling LLP:</u> Jay I. Alexander, Kevin B. Collins, Nicholas L. Evoy, R. Jason Fowler, Megan L. Hare, Michael R. Morey, Rajesh D. Paul, Richard L. Rainey, Daniel E. Valencia

   <u>Young, Conaway, Stargatt & Taylor LLP:</u> Adam W. Poff, Pilar G. Kraman

5. **Related Cases (Fed. Cir. R. 47.5(a)).** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?  **<u>No.</u>**

6. **Organizational Victims and Bankruptcy Cases (Fed. R. App. P. 26.1(b)-(c)):** N/A

## **CERTIFICATE OF COMPLIANCE**

 This motion complies with the type-volume requirements of the Federal Rules of Appellate Procedure and the Rules of this Court. The motion contains 214 words.

*/s/ William H. Burgess*
