# United States Court of Appeals for the Federal Circuit

---

**DEERE & COMPANY,**
*Plaintiff-Appellant*

**v.**

**AGCO CORP., PRECISION PLANTING, LLC,**
*Defendants-Appellees*

---

2023-1811

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:18-cv-00827-CFC-JLH, 1:18-cv-00828-CFC-JLH, Chief Judge Colm F. Connolly.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 24, 2025
Date

Jarrett B. Perlow
Clerk of Court